IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01496-DDD-TPO

JORDAN RICH,

     Plaintiff,

v.

JARED POLIS, Governor of Colorado, in his individual capacity;
STATE OF COLORADO;
JOHN FEYAN, Sheriff of Larimer County, in his official capacity;
LARIMER COUNTY BOARD OF COUNTY COMMISSIONERS;
STEVE REAMS, Sheriff of Weld County, in his official capacity;
WELD COUNTY BOARD OF COUNTY COMMISSIONERS;
WEST PINES BEHAVIORAL HEALTH;
JOHN P. MARTENS;
EMMANUEL M. NTI;
JEFFREY A. BONTRAGER, M.D.;
POUDRE VALLEY HEALTHCARE, INC.
d/b/a POUDRE VALLEY HOSPITAL;
JESSICA L. KERN; and
SCOTT'S TOWING AND AUTO RECOVERY, LLC,

     Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting

Motions to Dismiss, filed March 20, 2025, by the Honorable Daniel D. Domenico, United

States District Judge, and incorporated herein by reference as if fully set forth, it is

hereby

1

ORDERED that judgment is hereby entered in favor of Defendants, Jared Polis, Governor of Colorado, in his individual capacity; State of Colorado; Larimer County Board of County Commissioners; and Weld County Board of County Commissioners, and against Plaintiff, on Defendants' Motions to Dismiss.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed April 18, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, John Feyan, Sheriff of Larimer County, in his official capacity; Steve Reams, Sheriff of Weld County, in his official capacity; West Pines Behavioral Health; John P. Martens; Emmanuel M. Nti; Jeffrey A. Bontrager, M.D.; Poudre Valley Healthcare, Inc. d/b/a Poudre Valley Hospital; Jessica L. Kern; and Scott's Towing and Auto Recovery, LLC, on Plaintiff's claims. It is further

ORDERED that Plaintiff's complaint and action are dismissed. It is further

DATED at Denver, Colorado this <u>18th</u> day of April, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk